UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

EUSTACIO SALAZAR-MARTINEZ, on behalf of
himself and all other similarly situated
persons,

                        Plaintiffs,         10-CV-6257

       v.                              **ORDER**

FOWLER BROTHERS, INC., JOHN FOWLER,
ROBERT FOWLER, JOHN D. FOWLER and
AUSTIN FOWLER

                        Defendants.

---

By motion dated October 21, 2010, Plaintiff filed a motion to permit a Sur-Reply to address new arguments and evidence in Defendants' Reply to Plaintiff's Opposition to Defendant's motion for summary judgment. Plaintiff has already addressed Defendants' arguments based on <u>Castellanos-Contreras v. Decatur Hotels</u>, --- F.3d at ---- , Docket No. 07-30942, 2010 WL 3816016 (5th Cir. Oct. 1, 2010) in his Reply to Defendant's Opposition to his motion to issue notice to the class, and this Court does not find that the new translation of the Declaration of Angelica Maria Nava Piña requires further argument. Therefore, Plaintiff's motion to file a Sur-Reply is denied.

**ALL OF THE ABOVE IS SO ORDERED.**

                                              S/ Michael A. Telesca
                                        _____
                                          MICHAEL A. TELESCA
                                      United States District Judge

Dated: Rochester, New York
       November 4, 2010